# ELECTRONIC RECORD

COA #   03-11-00345-CR          OFFENSE:   21.04

STYLE:   Wesley Schaefer v. The State of Texas          COUNTY:   Hays

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   22nd District Court

DATE: 07/10/14          Publish: NO   TC CASE #:   CR-10-0489

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Wesley Schaefer v. The State of Texas          CCA #:   1036-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___12/10/2014___          SIGNED: _____          PC: _____

JUDGE: ___[signature]___          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**